**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: RUTHERFORD, WENDY L | § | Case No. 16-82802-TML |
| | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 01, 2016. The undersigned trustee was appointed on May 03, 2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $         90,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 21,677.00 |
   | Bank service fees | 0.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 25,000.00 |
   | Exemptions paid to the debtor | 15,000.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]   $ | 28,323.00 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/13/2017 and the deadline for filing governmental claims was 07/13/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,239.54. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,239.54, for a total compensation of $5,239.54.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/13/2017        By: /s/STEPHEN G. BALSLEY
                        Trustee, Bar No.: 0104841

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-82802-TML  
**Case Name:** RUTHERFORD, WENDY L  

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 12/01/16 (f)  
**§341(a) Meeting Date:** 01/12/17  

**Period Ending:** 11/13/17  
**Claims Bar Date:** 07/13/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | checking: Blackhawk Bank | 50.00 | 0.00 | | 0.00 | FA |
| 2 | checking: Rock Valley Credit Union | 20.00 | 0.00 | | 0.00 | FA |
| 3 | older household furniture and personal belonging | 1,500.00 | 0.00 | | 0.00 | FA |
| 4 | computer, tvs, cell phones | 300.00 | 0.00 | | 0.00 | FA |
| 5 | necessary wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 6 | wedding ring & misc. costume jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 7 | IRA: Roth | 5,000.00 | 0.00 | | 0.00 | FA |
| 8 | 2 possible personal injury cases<br>See Amended Schedule C filed 1/12/17.  See Order to Employ Special Counsel entered 5/24/17. See Order to Compromise Controversy entered 9/1/17. | Unknown | 28,000.00 | | 90,000.00 | FA |
| 9 | 2003 Harley Davidson Sportster | 3,500.00 | 0.00 | | 0.00 | FA |
| 10 | 1997 GMC Yukon | 2,000.00 | 0.00 | | 0.00 | FA |
| 10 | **Assets** Totals (Excluding unknown values) | **$12,770.00** | **$28,000.00** | | **$90,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   November 1, 2017     **Current Projected Date Of Final Report (TFR):**   November 12, 2017  (Actual)

Printed: 11/13/2017 09:47 AM    V.13.30

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 16-82802-TML  
**Case Name:** RUTHERFORD, WENDY L

**Taxpayer ID #:** **-***6630  
**Period Ending:** 11/13/17

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5466 - Checking Account  
**Blanket Bond:** $4,396,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 11/02/17 | | MacCloskeyKesler & Assoc., LLP | Personal Injury Settlement | | | 43,323.00 | | 43,323.00 |
| | {8} | | Gross Settlement | 90,000.00 | 1129-000 | | | 43,323.00 |
| | | | Less Offset Policy Limit<br>& Medpay | -25,000.00 | 8500-002 | | | 43,323.00 |
| | | | Attorney's Fees (1/3) | -21,666.66 | 3210-600 | | | 43,323.00 |
| | | | Special Counsel<br>Expenses | -10.34 | 3220-610 | | | 43,323.00 |
| 11/07/17 | 101 | Wendy L. Rutherford | Debtor's Personal Injury Exemption | | 8100-002 | | 15,000.00 | 28,323.00 |
| | | | **ACCOUNT TOTALS** | | | 43,323.00 | 15,000.00 | **$28,323.00** |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | **Subtotal** | | | 43,323.00 | 15,000.00 | |
| | | | Less: Payments to Debtors | | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | | **$43,323.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******5466** | 43,323.00 | 0.00 | 28,323.00 |
| | **$43,323.00** | **$0.00** | **$28,323.00** |

{} Asset reference(s)

Printed: 11/13/2017 09:47 AM  V.13.30

# Exhibit C

## Case:  16-82802-TML    RUTHERFORD, WENDY L

Claims Bar Date:  07/13/17

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | STEPHEN G. BALSLEY<br>6833 STALTER DRIVE<br><br>ROCKFORD, IL 61108<br><br><2100-00   Trustee Compensation>,  200 | Admin Ch.  7<br>12/01/16 | [Updated by Surplus to Debtor Report based on Net Estate Value: 44895.43] | $5,239.54<br>$5,239.54 | $0.00 | $5,239.54 |
|  | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br><3110-00   Attorney for Trustee Fees (Trustee Firm)>,  200 | Admin Ch.  7<br>12/01/16 |  | $3,022.50<br>$3,022.50 | $0.00 | $3,022.50 |
| 1 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/17/17 | Discover Products Inc<br>PO Box 3025<br>New Albany, OH 430543025<br>--------------------------------------------------------------------------* * * | $1,339.39<br>$1,339.39 | $0.00 | $1,339.39 |
| 1I | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>04/17/17 |  | $11.27<br>$11.27 | $0.00 | $11.27 |
| 2 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/18/17 | Comenity Bank<br>PO Box 788<br>Kirkland, WA 980830788<br>--------------------------------------------------------------------------* * * | $605.16<br>$605.16 | $0.00 | $605.16 |
| 2I | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>04/18/17 |  | $5.09<br>$5.09 | $0.00 | $5.09 |
| 3 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured<br>04/18/17 | Comenity Bank<br>PO Box 788<br>Kirkland, WA 980830788<br>--------------------------------------------------------------------------* * * | $785.86<br>$785.86 | $0.00 | $785.86 |

# Exhibit C

## Case: 16-82802-TML  RUTHERFORD, WENDY L

Claims Bar Date: 07/13/17

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | <7100-00  General Unsecured § 726(a)(2)>, 610 | | | | | |
| 3I | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | Unsecured 04/18/17 | | $6.61 $6.61 | $0.00 | $6.61 |
| | <7990-00  Surplus Cases Interest on Unsecured Claims (including priority)>, 640 | | | | | |
| 4 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | Unsecured 04/18/17 | Comenity Bank PO Box 788 Kirkland, WA 980830788 ----------------------------------------------------------------------------* * * | $719.19 $719.19 | $0.00 | $719.19 |
| | <7100-00  General Unsecured § 726(a)(2)>, 610 | | | | | |
| 4I | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | Unsecured 04/18/17 | | $6.05 $6.05 | $0.00 | $6.05 |
| | <7990-00  Surplus Cases Interest on Unsecured Claims (including priority)>, 640 | | | | | |
| 5 | OneMain PO Box 3251 Evansville, IN 47731 | Unsecured 05/03/17 | PO Box 3251 Evansville, IN 47731 ----------------------------------------------------------------------------* * * | $4,556.44 $4,556.44 | $0.00 | $4,556.44 |
| | <7100-00  General Unsecured § 726(a)(2)>, 610 | | | | | |
| 5I | OneMain PO Box 3251 Evansville, IN 47731 | Unsecured 05/03/17 | | $38.35 $38.35 | $0.00 | $38.35 |
| | <7990-00  Surplus Cases Interest on Unsecured Claims (including priority)>, 640 | | | | | |
| 6 | OneMain PO Box 3251 Evansville, IN 47731 | Unsecured 05/03/17 | PO Box 3251 Evansville, IN 47731 ----------------------------------------------------------------------------* * * See Amended Claim No. 6-2 filed 5/3/17 | $2,854.08 $0.00 | $0.00 | $0.00 |
| | <7100-00  General Unsecured § 726(a)(2)>, 610 | | | | | |

# Exhibit C

## Case: 16-82802-TML  RUTHERFORD, WENDY L

Claims Bar Date:  07/13/17

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6 -2 | OneMain<br>PO Box 3251<br>Evansville, IN 47731<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/03/17 | PO Box 3251<br>Evansville, IN 47731<br>--------------------------------------------------------------------------------* * *<br>Claim No. 6-2 filed 5/3/17. | $2,854.08<br>$2,854.08 | $0.00 | $2,854.08 |
| 6I-2 | OneMain<br>PO Box 3251<br>Evansville, IN 47731<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>05/03/17 | | $24.02<br>$24.02 | $0.00 | $24.02 |
| 7 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/08/17 | of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602<br>--------------------------------------------------------------------------------* * * | $467.81<br>$467.81 | $0.00 | $467.81 |
| 7I | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>05/08/17 | | $3.94<br>$3.94 | $0.00 | $3.94 |
| 8 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/26/17 | c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 193550701<br>--------------------------------------------------------------------------------* * * | $582.15<br>$582.15 | $0.00 | $582.15 |
| 8I | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>06/26/17 | | $4.90<br>$4.90 | $0.00 | $4.90 |

# Exhibit C

### Case:  16-82802-TML    RUTHERFORD, WENDY L

Claims Bar Date:   07/13/17

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9 | Portfolio Recovery Associates, LLC<br>Successor to U.S. BANK N.A.<br>(HARLEY DAVIDSON),POB 12914<br>Norfolk, VA 23541 | Unsecured<br>07/12/17 | Successor to U.S. BANK N.A.<br>(HARLEY DAVIDSON),POB 41067<br>Norfolk, VA 23541<br>------------------------------------------------------------------------------* * * | $431.94<br>$431.94 | $0.00 | $431.94 |
|  | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 9I | Portfolio Recovery Associates, LLC<br>Successor to U.S. BANK N.A.<br>(HARLEY DAVIDSON),POB 12914<br>Norfolk, VA 23541 | Unsecured<br>07/12/17 | | $3.64<br>$3.64 | $0.00 | $3.64 |
|  | <7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | | | | | |
| 10 | OSFMG co CHRI<br>PO BOX 1289<br><br>PEORIA, IL 61654-1289 | Unsecured<br>07/28/17 | PO BOX 1289<br>PEORIA, IL 616541289<br>------------------------------------------------------------------------------* * * | $201.13<br>$201.13 | $0.00 | $201.13 |
|  | <7200-00   Tardy General Unsecured § 726(a)(3)>,  620 | | | | | |
| 10I | OSFMG co CHRI<br>PO BOX 1289<br>PEORIA, IL 61654-1289 | Unsecured<br>07/28/17 | | $1.69<br>$1.69 | $0.00 | $1.69 |
|  | <7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | | | | | |
| 11 | Rockford Mercantile Agency, Inc.<br>2502 S. Alpine Rd.<br>Attn: Bankruptcy Dept.<br>Rockford, IL 61108 | Unsecured<br>07/31/17 | 2502 S. Alpine Rd.<br>Attn: Bankruptcy Dept.<br>Rockford, IL 61108<br>------------------------------------------------------------------------------* * * | $1,192.60<br>$1,192.60 | $0.00 | $1,192.60 |
|  | <7200-00   Tardy General Unsecured § 726(a)(3)>,  620 | | | | | |
| 11I | Rockford Mercantile Agency, Inc.<br>2502 S. Alpine Rd.<br>Attn: Bankruptcy Dept.<br>Rockford, IL 61108 | Unsecured<br>07/31/17 | | $10.04<br>$10.04 | $0.00 | $10.04 |
|  | <7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | | | | | |
| 12 | Rock Valley Federal Cu<br>1201 Clifford Ave<br><br>Loves Park, IL 61111 | Secured<br>08/03/17 | 1201 Clifford Ave<br>Loves Park, IL 61111<br>------------------------------------------------------------------------------* * *<br>Claim No. 12 is allowed as a secured claim but disallowed for | $1,934.99 *<br>$0.00 | $0.00 | $0.00 |

(*) Denotes objection to Amount Filed

# Exhibit C

## Case: 16-82802-TML    RUTHERFORD, WENDY L

Claims Bar Date:  07/13/17

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | | | purposes of distribution. The Bankruptcy Code having no provision for payment of secured claims out of the general funds of the Chapter 7 Bankruptcy Estate. | | | |
| | <4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | | | | | |
| 13 | Mutual Management Serv Collections Company 900 Corporate Center Drive Reading, PA 19605 | Unsecured 08/28/17 | 7177 Crimson Ridge Dr St Rockford, IL 61107 ------------------------------------------------------------------------------* * * | $1,095.82 $1,095.82 | $0.00 | $1,095.82 |
| | <7200-00   Tardy General Unsecured § 726(a)(3)>,  620 | | | | | |
| 13I | Mutual Management Serv Collections Company 900 Corporate Center Drive Reading, PA 19605 | Unsecured 08/28/17 | | $9.22 $9.22 | $0.00 | $9.22 |
| | <7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | | | | | |
| SURPLUS | RUTHERFORD, WENDY L 7710 ELM ST MACHESNEY PARK, IL 61115 | Unsecured 12/01/16 | | $5,104.57 $5,104.57 | $0.00 | $5,104.57 |
| | <8200-00   Surplus Funds Paid to Debtor § 726 (a)(6) (incl pmts to shareholders & ltd part)>,  650 | | | | | |
| | | | **Case Total:** | | $0.00 | $28,323.00 |

**TRUSTEE'S PROPOSED DISTRIBUTION**               Exhibit D

Case No.: 16-82802-TML
Case Name: RUTHERFORD, WENDY L
Trustee Name: STEPHEN G. BALSLEY

**Balance on hand:**  $  28,323.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 12 | Rock Valley Federal Cu | 1,934.99 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:  $  0.00
Remaining balance:  $  28,323.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 5,239.54 | 0.00 | 5,239.54 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 3,022.50 | 0.00 | 3,022.50 |

Total to be paid for chapter 7 administration expenses:  $  8,262.04
Remaining balance:  $  20,060.96

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $  0.00
Remaining balance:  $  20,060.96

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

| | | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|---|
| | | Remaining balance: | $ | 20,060.96 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 12,342.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 1,339.39 | 0.00 | 1,339.39 |
| 2 | Quantum3 Group LLC as agent for | 605.16 | 0.00 | 605.16 |
| 3 | Quantum3 Group LLC as agent for | 785.86 | 0.00 | 785.86 |
| 4 | Quantum3 Group LLC as agent for | 719.19 | 0.00 | 719.19 |
| 5 | OneMain | 4,556.44 | 0.00 | 4,556.44 |
| 6 | OneMain | 0.00 | 0.00 | 0.00 |
| 6 -2 | OneMain | 2,854.08 | 0.00 | 2,854.08 |
| 7 | PYOD, LLC its successors and assigns as assignee | 467.81 | 0.00 | 467.81 |
| 8 | Capital One, N.A. | 582.15 | 0.00 | 582.15 |
| 9 | Portfolio Recovery Associates, LLC | 431.94 | 0.00 | 431.94 |

| | Total to be paid for timely general unsecured claims: | $ | 12,342.02 |
|---|---|---|---|
| | Remaining balance: | $ | 7,718.94 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 2,489.55 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 10 | OSFMG co CHRI | 201.13 | 0.00 | 201.13 |
| 11 | Rockford Mercantile Agency, Inc. | 1,192.60 | 0.00 | 1,192.60 |
| 13 | Mutual Management Serv | 1,095.82 | 0.00 | 1,095.82 |

Total to be paid for tardy general unsecured claims:  $  2,489.55
Remaining balance:  $  5,229.39

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

Total to be paid for subordinated claims:  $  0.00
Remaining balance:  $  5,229.39

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.8% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $124.82. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 5,104.57.

**UST Form 101-7-TFR (05/1/2011)**