UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: )
)
**RUTHERFORD, WENDY L** ) Bankruptcy Case No. 16-82802 TML
) Chapter 7
)
Debtor(s). )

## CERTIFICATE OF SERVICE

  The undersigned certifies that on December 5, 2017, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

  RUTHERFORD, WENDY L
  7710 ELM ST
  MACHESNEY PARK, IL 61115

  ERIC PRATT LAW FIRM
  5300 E. STATE ST. STE. 116
  ROCKFORD, IL 61108
  *(Via ECF Electronic Transmission)*

  Discover Bank
  Discover Products Inc
  PO Box 3025
  New Albany, OH 43054-3025

  Quantum3 Group LLC as agent for
  Comenity Bank
  PO Box 788
  Kirkland, WA 98083-0788

  OneMain
  PO Box 3251
  Evansville, IN 47731

PYOD, LLC its successors and assigns as assignee
of Citibank, N.A.
Resurgent Capital Services,PO Box 19008
Greenville, SC 29602

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Portfolio Recovery Associates, LLC
Successor to U.S. BANK N.A.
(HARLEY DAVIDSON),POB 12914
Norfolk, VA 23541

OSFMG co CHRI
PO BOX 1289
PEORIA, IL 61654-1289

Rockford Mercantile Agency, Inc.
2502 S. Alpine Rd.
Attn: Bankruptcy Dept.
Rockford, IL 61108

Rock Valley Federal Cu
1201 Clifford Ave
Loves Park, IL 61111

Mutual Management Serv
Collections Company
900 Corporate Center Drive
Reading, PA 19605

/s/ Debbie M. Harris

STEPHEN G. BALSLEY, Trustee
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611
sbalsley@bslbv.com