# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: RUTHERFORD, WENDY L       §    Case No. 16-82802-TML

                                                      §
                                                      §

Debtor(s)                                   §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $12,770.00 <br> *(without deducting any secured claims)* | Assets Exempt: $24,806.00 |
| Total Distribution to Claimants: $14,956.39 | Claims Discharged <br> Without Payment: $9,946.00 |
| Total Expenses of Administration: $29,939.04 | |

3) Total gross receipts of $ 90,000.00 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 45,104.57 (see **Exhibit 2**), yielded net receipts of $44,895.43 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $2,964.00 | $1,934.99 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 29,939.04 | 29,939.04 | 29,939.04 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 23,877.00 | 17,810.47 | 14,956.39 | 14,956.39 |
| **TOTAL DISBURSEMENTS** | $26,841.00 | $49,684.50 | $44,895.43 | $44,895.43 |

4)  This case was originally filed under Chapter 7 on December 01, 2016. The case was pending for 15 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/23/2018            By: /s/STEPHEN G. BALSLEY
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2 possible personal injury cases | 1129-000 | 90,000.00 |
| **TOTAL GROSS RECEIPTS** | | $90,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MacCloskeyKesler & Assoc., LLP | Less Offset Policy Limit & Medpay | 8500-002 | 25,000.00 |
| Wendy L. Rutherford | Debtor's Personal Injury Exemption | 8100-002 | 15,000.00 |
| RUTHERFORD, WENDY L | Dividend paid 100.00% on $5,104.57; Claim# SURPLUS; Filed: $5,104.57; Reference: | 8200-002 | 5,104.57 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $45,104.57 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | Rock Valley Federal Cu | 4110-000 | 2,964.00 | 1,934.99 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $2,964.00 | $1,934.99 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - STEPHEN G. BALSLEY | 2100-000 | N/A | 5,239.54 | 5,239.54 | 5,239.54 |
| Attorney for Trustee Fees (Trustee Firm) - Barrick, Switzer, Long, Balsley & Van | 3110-000 | N/A | 3,022.50 | 3,022.50 | 3,022.50 |
| Other - MacCloskeyKesler & Assoc., LLP | 3210-600 | N/A | 21,666.66 | 21,666.66 | 21,666.66 |
| Other - MacCloskeyKesler & Assoc., LLP | 3220-610 | N/A | 10.34 | 10.34 | 10.34 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $29,939.04 | $29,939.04 | $29,939.04 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 1,339.00 | 1,339.39 | 1,339.39 | 1,339.39 |
| 1I | Discover Bank | 7990-000 | N/A | 11.27 | 11.27 | 11.27 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | 605.00 | 605.16 | 605.16 | 605.16 |
| 2I | Quantum3 Group LLC as agent for | 7990-000 | N/A | 5.09 | 5.09 | 5.09 |
| 3 | Quantum3 Group LLC as agent for | 7100-000 | 785.00 | 785.86 | 785.86 | 785.86 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3I | Quantum3 Group LLC as agent for | 7990-000 | N/A | 6.61 | 6.61 | 6.61 |
| 4 | Quantum3 Group LLC as agent for | 7100-000 | 719.00 | 719.19 | 719.19 | 719.19 |
| 4I | Quantum3 Group LLC as agent for | 7990-000 | N/A | 6.05 | 6.05 | 6.05 |
| 5 | OneMain | 7100-000 | 4,414.00 | 4,556.44 | 4,556.44 | 4,556.44 |
| 5I | OneMain | 7990-000 | N/A | 38.35 | 38.35 | 38.35 |
| 6 | OneMain | 7100-000 | 2,854.00 | 2,854.08 | 0.00 | 0.00 |
| 6 -2 | OneMain | 7100-000 | N/A | 2,854.08 | 2,854.08 | 2,854.08 |
| 6I-2 | OneMain | 7990-000 | N/A | 24.02 | 24.02 | 24.02 |
| 7 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 467.00 | 467.81 | 467.81 | 467.81 |
| 7I | PYOD, LLC its successors and assigns as assignee | 7990-000 | N/A | 3.94 | 3.94 | 3.94 |
| 8 | Capital One, N.A. | 7100-000 | 582.00 | 582.15 | 582.15 | 582.15 |
| 8I | Capital One, N.A. | 7990-000 | N/A | 4.90 | 4.90 | 4.90 |
| 9 | Portfolio Recovery Associates, LLC | 7100-000 | 741.00 | 431.94 | 431.94 | 431.94 |
| 9I | Portfolio Recovery Associates, LLC | 7990-000 | N/A | 3.64 | 3.64 | 3.64 |
| 10 | OSFMG co CHRI | 7200-000 | 55.00 | 201.13 | 201.13 | 201.13 |
| 10I | OSFMG co CHRI | 7990-000 | N/A | 1.69 | 1.69 | 1.69 |
| 11 | Rockford Mercantile Agency, Inc. | 7200-000 | 0.00 | 1,192.60 | 1,192.60 | 1,192.60 |
| 11I | Rockford Mercantile Agency, Inc. | 7990-000 | N/A | 10.04 | 10.04 | 10.04 |
| 13 | Mutual Management Serv | 7200-000 | 1,370.00 | 1,095.82 | 1,095.82 | 1,095.82 |
| 13I | Mutual Management Serv | 7990-000 | N/A | 9.22 | 9.22 | 9.22 |
| NOTFILED | Monroe and Main | 7100-000 | 529.00 | N/A | N/A | 0.00 |
| NOTFILED | OSF Medical Center | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | quest diagnostics | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | OSF Medical Center | 7100-000 | 750.00 | N/A | N/A | 0.00 |
| NOTFILED | Portfolio Recovery Ass | 7100-000 | 742.00 | N/A | N/A | 0.00 |
| NOTFILED | Blackhawk State Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank Usa N | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Elmhurst Memorial Hospital | 7100-000 | 1,900.00 | N/A | N/A | 0.00 |
| NOTFILED | Forest City Diagnostic Imaging | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | First Premier Bank | 7100-000 | 1,011.00 | N/A | N/A | 0.00 |
| NOTFILED | Duane Clarke | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Diversified Consultant | 7100-000 | 380.00 | N/A | N/A | 0.00 |
| NOTFILED | Dry Goods | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One, N.a. | 7100-000 | 0.00 | N/A | N/A | 0.00 |

| NOTFILED | Comenity Bank/fashbug | 7100-000 | 0.00 | N/A | N/A | 0.00 |
|----------|----------------------|----------|------|-----|-----|------|
| NOTFILED | Chase Card | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Radiology Associates | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | State Collection Servi | 7100-000 | 1,584.00 | N/A | N/A | 0.00 |
| NOTFILED | rockford urologica | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | Madison Surgury Center | 7100-000 | 700.00 | N/A | N/A | 0.00 |
| NOTFILED | Rodale | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | Syncb/jcp | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | united collection | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | university of Ws | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $23,877.00 | $17,810.47 | $14,956.39 | $14,956.39 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 16-82802-TML | **Trustee:** (330410) STEPHEN G. BALSLEY |
| **Case Name:** RUTHERFORD, WENDY L | **Filed (f) or Converted (c):** 12/01/16 (f) |
| | **§341(a) Meeting Date:** 01/12/17 |
| **Period Ending:** 02/23/18 | **Claims Bar Date:** 07/13/17 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | checking: Blackhawk Bank | 50.00 | 0.00 | | 0.00 | FA |
| 2 | checking: Rock Valley Credit Union | 20.00 | 0.00 | | 0.00 | FA |
| 3 | older household furniture and personal belonging | 1,500.00 | 0.00 | | 0.00 | FA |
| 4 | computer, tvs, cell phones | 300.00 | 0.00 | | 0.00 | FA |
| 5 | necessary wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 6 | wedding ring & misc. costume jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 7 | IRA: Roth | 5,000.00 | 0.00 | | 0.00 | FA |
| 8 | 2 possible personal injury cases<br>  See Amended Schedule C filed 1/12/17.  See Order<br>to Employ Special Counsel entered 5/24/17. See<br>Order to Compromise Controversy entered 9/1/17. | Unknown | 28,000.00 | | 90,000.00 | FA |
| 9 | 2003 Harley Davidson Sportster | 3,500.00 | 0.00 | | 0.00 | FA |
| 10 | 1997 GMC Yukon | 2,000.00 | 0.00 | | 0.00 | FA |
| **10** | **Assets**    **Totals** (Excluding unknown values) | **$12,770.00** | **$28,000.00** | | **$90,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    November 1, 2017      **Current Projected Date Of Final Report (TFR):**    November 12, 2017  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | | | | |
|---|---|---|---|
| **Case Number:** | 16-82802-TML | **Trustee:** | STEPHEN G. BALSLEY (330410) |
| **Case Name:** | RUTHERFORD, WENDY L | **Bank Name:** | Rabobank, N.A. |
| | | **Account:** | ******5466 - Checking Account |
| **Taxpayer ID #:** | **-***6630 | **Blanket Bond:** | $4,396,000.00  (per case limit) |
| **Period Ending:** | 02/23/18 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 11/02/17 | | MacCloskeyKesler & Assoc., LLP | Personal Injury Settlement | | | 43,323.00 | | 43,323.00 |
| | {8} | | Gross Settlement | 90,000.00 | 1129-000 | | | 43,323.00 |
| | | | Less Offset Policy Limit<br>& Medpay | -25,000.00 | 8500-002 | | | 43,323.00 |
| | | | Attorney's Fees (1/3) | -21,666.66 | 3210-600 | | | 43,323.00 |
| | | | Special Counsel<br>Expenses | -10.34 | 3220-610 | | | 43,323.00 |
| 11/07/17 | 101 | Wendy L. Rutherford | Debtor's Personal Injury Exemption | | 8100-002 | | 15,000.00 | 28,323.00 |
| 12/27/17 | 102 | Barrick, Switzer, Long, Balsley &<br>Van Evera | Dividend paid 100.00% on $3,022.50, Attorney<br>for Trustee Fees (Trustee Firm);  Reference: | | 3110-000 | | 3,022.50 | 25,300.50 |
| 12/27/17 | 103 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $5,239.54, Trustee<br>Compensation;  Reference: | | 2100-000 | | 5,239.54 | 20,060.96 |
| 12/27/17 | 104 | RUTHERFORD, WENDY L | Dividend paid 100.00% on $5,104.57; Claim#<br>SURPLUS; Filed: $5,104.57; Reference: | | 8200-002 | | 5,104.57 | 14,956.39 |
| 12/27/17 | 105 | Capital One, N.A. | Combined Check for Claims#8,8I | | | | 587.05 | 14,369.34 |
| | | | Dividend paid 100.00%<br>on $582.15;  Claim# 8;<br>Filed: $582.15 | 582.15 | 7100-000 | | | 14,369.34 |
| | | | Dividend paid 100.00%<br>on $4.90;  Claim# 8I;<br>Filed: $4.90 | 4.90 | 7990-000 | | | 14,369.34 |
| 12/27/17 | 106 | Discover Bank | Combined Check for Claims#1,1I | | | | 1,350.66 | 13,018.68 |
| | | | Dividend paid 100.00%<br>on $1,339.39;  Claim# 1;<br>Filed: $1,339.39 | 1,339.39 | 7100-000 | | | 13,018.68 |
| | | | Dividend paid 100.00%<br>on $11.27;  Claim# 1I;<br>Filed: $11.27 | 11.27 | 7990-000 | | | 13,018.68 |
| 12/27/17 | 107 | Mutual Management Serv | Combined Check for Claims#13,13I | | | | 1,105.04 | 11,913.64 |
| | | | Dividend paid 100.00%<br>on $1,095.82;  Claim#<br>13; Filed: $1,095.82 | 1,095.82 | 7200-000 | | | 11,913.64 |
| | | | Dividend paid 100.00%<br>on $9.22;  Claim# 13I;<br>Filed: $9.22 | 9.22 | 7990-000 | | | 11,913.64 |
| 12/27/17 | 108 | OneMain | Combined Check for Claims#5,6 -2,5I,6I-2 | | | | 7,472.89 | 4,440.75 |
| | | | Dividend paid 100.00%<br>on $4,556.44;  Claim# 5;<br>Filed: $4,556.44 | 4,556.44 | 7100-000 | | | 4,440.75 |

Subtotals :   $43,323.00   $38,882.25

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 16-82802-TML | **Trustee:** STEPHEN G. BALSLEY (330410) |
| **Case Name:** RUTHERFORD, WENDY L | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******5466 - Checking Account |
| **Taxpayer ID #:** **-***6630 | **Blanket Bond:** $4,396,000.00 (per case limit) |
| **Period Ending:** 02/23/18 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid 100.00%   2,854.08<br>on $2,854.08;  Claim# 6<br>-2; Filed: $2,854.08 | 7100-000 | | | 4,440.75 |
| | | | Dividend paid 100.00%   38.35<br>on $38.35;  Claim# 5I;<br>Filed: $38.35 | 7990-000 | | | 4,440.75 |
| | | | Dividend paid 100.00%   24.02<br>on $24.02;  Claim# 6I-2;<br>Filed: $24.02 | 7990-000 | | | 4,440.75 |
| 12/27/17 | 109 | OSFMG co CHRI | Combined Check for Claims#10,10I | | | 202.82 | 4,237.93 |
| | | | Dividend paid 100.00%   201.13<br>on $201.13;  Claim# 10;<br>Filed: $201.13 | 7200-000 | | | 4,237.93 |
| | | | Dividend paid 100.00%   1.69<br>on $1.69;  Claim# 10I;<br>Filed: $1.69 | 7990-000 | | | 4,237.93 |
| 12/27/17 | 110 | Portfolio Recovery Associates, LLC | Combined Check for Claims#9,9I | | | 435.58 | 3,802.35 |
| | | | Dividend paid 100.00%   431.94<br>on $431.94;  Claim# 9;<br>Filed: $431.94 | 7100-000 | | | 3,802.35 |
| | | | Dividend paid 100.00%   3.64<br>on $3.64;  Claim# 9I;<br>Filed: $3.64 | 7990-000 | | | 3,802.35 |
| 12/27/17 | 111 | PYOD, LLC its successors and<br>assigns as assignee | Combined Check for Claims#7,7I | | | 471.75 | 3,330.60 |
| | | | Dividend paid 100.00%   467.81<br>on $467.81;  Claim# 7;<br>Filed: $467.81 | 7100-000 | | | 3,330.60 |
| | | | Dividend paid 100.00%   3.94<br>on $3.94;  Claim# 7I;<br>Filed: $3.94 | 7990-000 | | | 3,330.60 |
| 12/27/17 | 112 | Quantum3 Group LLC as agent for | Combined Check for Claims#2,3,4,2I,3I,4I | | | 2,127.96 | 1,202.64 |
| | | | Dividend paid 100.00%   605.16<br>on $605.16;  Claim# 2;<br>Filed: $605.16 | 7100-000 | | | 1,202.64 |
| | | | Dividend paid 100.00%   785.86<br>on $785.86;  Claim# 3;<br>Filed: $785.86 | 7100-000 | | | 1,202.64 |
| | | | Dividend paid 100.00%   719.19 | 7100-000 | | | 1,202.64 |

| | | | Subtotals : | | $0.00 | $3,238.11 | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 16-82802-TML | |
| **Case Name:** | RUTHERFORD, WENDY L | |
| | | |
| **Taxpayer ID #:** | **-***6630 | |
| **Period Ending:** | 02/23/18 | |

| | |
|---|---|
| **Trustee:** | STEPHEN G. BALSLEY (330410) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******5466 - Checking Account |
| **Blanket Bond:** | $4,396,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | on $719.19;  Claim# 4; Filed: $719.19 | | | | | |
| | | | Dividend paid 100.00% on $5.09;  Claim# 2I; Filed: $5.09 | 5.09 | 7990-000 | | | 1,202.64 |
| | | | Dividend paid 100.00% on $6.61;  Claim# 3I; Filed: $6.61 | 6.61 | 7990-000 | | | 1,202.64 |
| | | | Dividend paid 100.00% on $6.05;  Claim# 4I; Filed: $6.05 | 6.05 | 7990-000 | | | 1,202.64 |
| 12/27/17 | 113 | Rockford Mercantile Agency, Inc. | Combined Check for Claims#11,11I | | | | 1,202.64 | 0.00 |
| | | | Dividend paid 100.00% on $1,192.60;  Claim# 11; Filed: $1,192.60 | 1,192.60 | 7200-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $10.04;  Claim# 11I; Filed: $10.04 | 10.04 | 7990-000 | | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 43,323.00 | 43,323.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 43,323.00 | 43,323.00 | |
| Less: Payments to Debtors | | 20,104.57 | |
| **NET Receipts / Disbursements** | **$43,323.00** | **$23,218.43** | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******5466** | **43,323.00** | **23,218.43** | **0.00** |
| | **$43,323.00** | **$23,218.43** | **$0.00** |